454 A.2d 176

Philadelphia Federation of Teachers, et al. v. Richman, et al.

Appeal of The Philadelphia Federation of Teachers' Health and Welfare Fund.

Appeal of: Sunny Richman and John A. Ryan.

Argued Decem-

ber 5, 1980. William A. Fitzpatrick, for appellant (at No. 2025) and for participating party (at No. 2026); James J. Binns, for Phila. Fed., et al., appellees; Roberto Rivera-Soto, for appellants (at No. 2026) and for appellees (at No. 2025).

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.